IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIEL GREENIDGE** : | |
| : | |
| v. : | **CIVIL ACTION NO. 20-6476** |
| : | |
| **WELLPATH, LLC, et al.** : | |

## ORDER

This 18th day of May, 2023, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motions for Summary Judgment, ECF 71, 72, & 73, are **GRANTED**.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge